

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00079-CR

Alfredo **MONTEJANO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR5078
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 4, 2024.

_____
Lori Massey Brissette, Justice